STATE OF NEW JERSEY v. EMILIO PINELLI.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY OGBURN.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FISHER.

June 29, 1973. Petition for certification denied.

NATALIE WEINTRAUB v. DONALD P. KROBATSCH.

June 29, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM HEDGER.

June 29, 1973. Petition and Cross-Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD X. WRIGHT.

June 29, 1973. Petition for certification denied.